IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHARLES DAVID STANLEY**                                  **PLAINTIFF**

**v.**                         **Case No.  4:17-cv-270 KGB**

**THE LINCOLN NATIONAL LIFE**
**INSURANCE COMPANY,** *et al.*                                  **DEFENDANTS**

## ORDER

Before the Court is plaintiff David Stanley and separate defendant The Lincoln National Life Insurance Company's ("Lincoln National") joint stipulation of dismissal (Dkt. No. 13). The joint stipulation seeks dismissal with prejudice of Mr. Stanley's claims against Lincoln National in this action. The joint stipulation of dismissal accords with the terms of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Consequently, pursuant to the stipulation Mr. Stanley's claims against Lincoln National are dismissed with prejudice, with each party to bear its own costs, attorneys' fees, and expenses.

It is so ordered this the 26th day of July, 2017.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge